Grievance A                                            Exhibit 1

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)    **Sub-category Code:** _____ (Staff Only)    **Released:** _____ (Staff Only)

**To: Grievance Officer**
Date of Complaint: 12-14-20
Inmate Name: Justin Miller        (Print Legibly)
DOC #: 163590
Pod: 8D        Cell #: 113

**Complaint Shift (check one shift)**
7x3  X        3x11 _____        11x7 _____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

Inmate Account        Food Service        Mailroom        Maintenance        Records
(Mental Health)       Medical             Staff Conduct   Jail Procedure     Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal (Print Legibly)**

On 12-12-20 to 12-14-20 I was housed on 8E cell 208 in a suicide gown after it was alerted to Michelle K. and SGT. Gillespie I was suicidal. I was kept in RHU instead of being moved to a mental health Pod for observation. There was no 15 minute observation rounds done or documented. Multiple alerts were put in my medical report to move me to SC, which was never done. I had no access to mental health or medical, for my call button was ignored or I was told they would refuse to call. My life was in danger being I was not mentally sound at the time. This has violated jail policy as well as my 8th and 14th amendments. This issue needs to be resolved, due to the danger of putting my life in jeopardy.

Inmate Signature: _____        Today's Date: 1-7-2021
White: Staff Copy        Pink: Inmate Copy

*Grievance 2*

*Exhibit 2*

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)    Sub-category Code: _____ (Staff Only)    Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 12-15-20

Inmate Name: Justin Miller (Print Legibly)

DOC #: 163590

Pod: 8O    Cell #: 113

**Complaint Shift (check one shift)**

7x3 __X__    3x11 _____    11x7 _____

**Complaint Category (circle one category OR write the complaint # decision you are appealing)**

Inmate Account    Food Service    Mailroom    Maintenance    Records
Mental Health    (Medical)    Staff Conduct    (Jail Procedure)    Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. **Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.**

**Inmate Complaint OR Reason for Appeal (Print Legibly)**

On 12-15-20 in RHU 8E cell 208 I was on a hunger strike due to not receiving medical attention. At 6:50am I refused meal 9. At 11:35 I refused meal 10 and at 4:00pm I refused meal 11. Policy states after meal 9 I am to be transferred for medical observation to a Pod with the correct staff. Instead my water was shut off and toilet in RHU and I was not transferred until later that night around 9:00pm. Policy was broken and my life was put in imminent danger. My 8th and 14th amendments were violated due to this punishment. This issue needs to be resolved so it puts no other lives as well as my own in danger.

Inmate Signature: *[signature]*    Today's Date: 1-7-21

White: Staff Copy    Pink: Inmate Copy

To: Grievance office [Grievance] Exhibit 3
Date of Complaint: 12-15-20
Inmate Name: Justin Miller
Doc - 163590
Pod - 8D - cell - 205
Complaint shift - (7×3)
Complaint Category - (Medical)

Inmate Complaint:

My 8th and 14th amendments were violated. Between 12-15-20 to 12-18-20 I was on SC/SD for a hunger strike. My water and toilet were shut off. I was denied blood sugar checks, blood pressure checks, or any help, I was denied by nurse, PA's, and mental health. One in particular who kept telling me she didn't care was Megan Lebakken. They said they were told due to a hunger strike I could not recieve help. This is against policy and my life was put in danger. I'm seeking monetary damages. These can be discussed with my attorney Patrick Thomassey.

Inmate Signature: [signature] Today's date: 6-12-21

NAME Justin Miller
ACJ NO: 163590 - 8D cell 205

**ALLEGHENY COUNTY JAIL**

TO
ATTN: Grievance

**INTEROFFICE MAIL**

Inmate Copy

To: Grievance Officer
Date of Complaint: 12-17-20 to 12-18-20
Inmate Name: Justis Miller
Doc # - 163590
Pod - 8D cell - 205
Complaint Shift - (7+3)
Complaint Category - (Staff Conduct)

Exhibit 4

Inmate Complaint:

My 8th and 14th amendment rights were violated. I was on Pod 5D from 12-17-20 to 12-18-20. C/O Wagner shut my water and toilet off in cell 28 while I was on a hunger strike stating "I'll fucking break you". I was denied mental health and medical from him and denied toilet paper, soap, and toothbrush. I had to shit and piss on top of old shit and piss. He put my life in danger. I'm seeking monetary damages. My attorney Patrick Thomassy can be contacted to settle.

Inmate signature: [signature]   Today's date: 6-12-21

NAME Justis Miller
ACJ NO: 163590 - 8D cell 205

**ALLEGHENY COUNTY JAIL**

TO
ATTN: Grievance

**INTEROFFICE MAIL**

Inmate Copy

To: Grievance Officer
Date of Complaint: 12-17-20, 12-18-20
Inmate Name: Justin Miller
Doc # - 163590
Pod - 8D cell - 205
Complaint Shift - (7-3)
Complaint Category - (Mental Health)

Exhibit 5

Inmate Complaint:

On 12-17-20 and 12-18-20 my 14th and 8th Amendment rights were violated. During this time I was on a hunger-strike and placed on POD 5D cell 28. I repeatedly pleaded for help from MHS Mesca Lebokken who was at the C.O. Desk with C.O. Wagner who had shut my toilet and water off to break me. She said she was ignoring me due to I was on a hunger strike. I'm a Mental Health patient within this facility. She knows I had just got off suicide watch and allowed me to suffer. To resolve this issue she needs to be fired and I need paid monetary damage to be discussed with my Attorney Patrick Thomassey.

Inmate Signature: [signature]   Todays Date: 6-12-2021

NAME Justin Miller
ACJ NO: 163590- 8D
**ALLEGHENY COUNTY JAIL**

TO
ATTN: Grievance

**INTEROFFICE MAIL**

Inmate Copy