IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN M. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-870 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| LAURA WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 20, 2023, the Magistrate Judge issued a Report (Doc. 91) recommending that Defendants' Motion to Dismiss (Doc. 80) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed. *Cf.* Doc. 94 (Plaintiff's filing, indicating that he has no objections).

After a review of the pleadings and documents in the case, together with the Report and Recommendation, Defendants' Motion to Dismiss (**Doc. 80**) is **DENIED**, and the R&R (Doc. 91) hereby is adopted as the Opinion of the District Court. Consistent with Federal Rule 12(a)(4), Defendants shall answer the Second Amended Complaint by September 23, 2023.

IT IS SO ORDERED.


May 9, 2023                                         s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

2

cc (via First-Class U.S. Mail):

Justin M. Miller
NM1628
SCI Albion
10745 Route 18
Albion, PA  16475-0001

cc (via ECF email notification):

All Counsel of Record